Opinion issued May 27, 2010

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-09-00539-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



THE METHODIST HOSPITAL, Appellant

 

V.

 

LANCE FITZPATRICK, Appellee

 

 



On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2008-60977

 

 



MEMORANDUM OPINION

Appellant, The Methodist Hospital, has
filed a motion to dismiss the appeal.  No
opinion has issued. Accordingly, we grant the motion to dismiss the appeal.  Tex. R.
App. P. 42.1(a)(1).  

All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings,
Higley, and Sharp.